UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

'08 CIV 4317 JUDGE HOLWELL

------------------------------------------X    (sd-2354)
THELMA FELIPE,                                 Docket No.:

              Plaintiff,

    -against-

TARGET CORPORATION and
KINGSBRIDGE ASSOCIATES, LLC.

              Defendants.

------------------------------------------X

RULE 7.1 DISCLOSURE (stamp: RECEIVED MAY 07 2008 U.S.D.C. S.D.N.Y. CASHIERS)

    Pursuant to Federal Rule 7.1 of this Court, defendant, TARGET CORPORATION, by its attorneys SIMMONS, JANNACE & STAGG, L.L.P., submits the following identification of any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation:

              NONE

Dated:   Syosset, New York
         May 7, 2008

                     Yours, etc.,
                     SIMMONS, JANNACE & STAGG, L.L.P.

           By: _____
               SAL F. DELUCA (sd-2354)
               Attorneys for Defendant
               TARGET CORPORATION
               **Office & P.O. Address**
               75 Jackson Avenue
               Syosset, New York 11791-3139
               (516) 357-8100

TO:
MICHAEL J. ASTA, ESQ.
ASTA & ASSOCIATES, P.C.
Attorneys for Plaintiff
**Office & P.O. Address:**
450 Seventh Avenue, Suite 2205
New York, New York 10123

Kingsbridge Associates, LLC
c/o Roy P. Kozupsky & Associates, LLP
Attn: William P. Walzer, Esq.
**Office & P.O. Address:**
10 E. 40th Street, Suite 1710
New York, New York 10016