UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```

THELMA FELIPE,

            Plaintiff,

-against-

TARGET CORPORATION and KINGSBRIDGE ASSOCIATES, LLC,

            Defendants.

08 Civ. 4317 (RJH)

**ORDER**

    The Court sets the following schedule for plaintiff's pending motion to remand this action to state court:

- Defendant shall file any opposition to the motion by June 20, 2008.

- Plaintiff shall file any reply papers by June 30, 2008.

- Argument on the motion shall be held on July 18, 2008, at 10:30 a.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: New York, New York
        June 11, 2008

                                            Richard J. Holwell
                                            United States District Judge