CERTIFICATE OF SERVICE

RE:     THELMA FELIPE v. TARGET CORPORATION and
        KINGSBRIDGE ASSOCIATES, LLC
        CIVIL ACTION NO.: 08 CIV 4317 (JH) (MP)
        J. Holwell/M. Pitman

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NASSAU     )

I, **MARGARET M. ROSE**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR A REMAND** was made on June 20, 2008 by:

❑   Mail service: Regular first class United States mail, postage fully pre-paid, addressed to:

   MICHAEL J. ASTA, ESQ.
   ASTA & ASSOCIATES, P.C.
   Attorneys for Plaintiff
   **Office & P.O. Address:**
   450 Seventh Avenue, Suite 2205
   New York, New York 10123
   (212) 244-6555

   Kingsbridge Associates, LLC
   c/o Roy P. Kozupsky & Associates, LLP
   Attn: William P. Walzer, Esq.
   **Office & P.O. Address:**
   10 E. 40th Street, Suite 1710
   New York, New York 10016

Under penalty of perjury, I declare that the foregoing is true and correct.

                                        /s/Margaret M. Rose
                                        **MARGARET M. ROSE**

Sworn to before me this
20th day of June, 2008.


/s/Melissa A. McGarry Exp. 11/13/10
**NOTARY PUBLIC**   No. 01MC6155688 Nassau County


SIMMONS, JANNACE & STAGG, L.L.P.
75 Jackson Avenue
Syosset, New York 11791-3139
(516) 357-8100