**CERTIFICATE OF SERVICE**

RE:     THELMA FELIPE v. TARGET CORPORATION and
          KINGSBRIDGE ASSOCIATES, LLC
          CIVIL ACTION NO.: 08 CIV 4317 (JH) (MP)
          J. Holwell/M. Pitman

STATE OF NEW YORK   )
                            : ss.:
COUNTY OF NASSAU    )

    I, **MARGARET M. ROSE**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **AFFIDAVIT IN OPPOSITION** was made on June 20, 2008 by:

❏    Mail service: Regular first class United States mail, postage fully pre-paid, addressed to:

    MICHAEL J. ASTA, ESQ.
    ASTA & ASSOCIATES, P.C.
    Attorneys for Plaintiff
    **Office & P.O. Address:**
    450 Seventh Avenue, Suite 2205
    New York, New York 10123
    (212) 244-6555

    Kingsbridge Associates, LLC
    c/o Roy P. Kozupsky & Associates, LLP
    Attn: William P. Walzer, Esq.
    **Office & P.O. Address:**
    10 E. 40th Street, Suite 1710
    New York, New York 10016

Under penalty of perjury, I declare that the foregoing is true and correct.

                                              /s/Margaret M. Rose  
                                              **MARGARET M. ROSE**

Sworn to before me this  
20th day of June, 2008.

/s/Melissa A. McGarry Exp. 11/13/10  
**NOTARY PUBLIC**   No. 01MC6155688 Nassau County

SIMMONS, JANNACE & STAGG, L.L.P.  
75 Jackson Avenue  
Syosset, New York 11791-3139  
(516) 357-8100