AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

THELMA FELIPE V. TARGET CORPORATION and KINGSBRIDGE ASSOCIATES, LLC,

Case Number: 08-CV-4317

J. Holwell

M.J. Pitman

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Target Corporation ("Target")

I certify that I am admitted to practice in this court.

| 6/30/2008 | [signature] |
|---|---|
| Date | Signature |

| Marvin N. Romero | (mr 7555) |
|---|---|
| Print Name | Bar Number |

75 Jackson Avenue
Address

| Syosset, | New York | 11791 |
|---|---|---|
| City | State | Zip Code |

| (516) 357-8100 | (516) 357-8111 |
|---|---|
| Phone Number | Fax Number |