# SIMMONS, JANNACE & STAGG, L.L.P.

ATTORNEYS AT LAW
75 JACKSON AVENUE
SYOSSET, NEW YORK 11791-3139
(516) 357-8100
FAX (516) 357-8111

381 BROADWAY, SUITE 300
WESTWOOD, NEW JERSEY 07675

700 CANAL STREET
STAMFORD, CONNECTICUT 06902

KEVIN P. SIMMONS
STEVEN D. JANNACE
THOMAS E. STAGG*◊
DEBRA LYNNE WABNIK*
DANIEL P. GREGORY*
ANDREW KAZIN
SAL F. DELUCA△

JASON W. CREECH
JACQUELINE DELLA CHIESA
GEORGE C. FONTANA
STEPHEN C. GIAMETTA△
MICHAEL D. KERN△
ALLISON C. LEIBOWITZ
ADAM M. LEVY
HALEY E. OLAM△
COREY J. PUGLIESE
MARVIN N. ROMERO*
MICHELLE E. TARSON*

COUNSEL

SUSAN B. JANNACE
ROSS M. CHINITZ△
KRISTEN RENZULLI*

*ALSO ADMITTED NJ
△ALSO ADMITTED CT
◊ALSO ADMITTED DC

June 30, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

**VIA ECF**

Honorable Richard J. Holwell
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re: Thelma Felipe v. Target Corporation and
        Kingsbridge Associates, LLC
        Civil Action No.: 08 CIV 4317(JH)(MP)
        J. Holwell
        M. Pitman
        Our File No.: TAR 5558

Dear Honorable Judge Holwell:

    As your Honor is aware, this office represents defendant Target Corporation in regards to the above-referenced matter.

    I respectfully submit this correspondence in regards to plaintiff's Reply Affirmation and Memorandum of Law. In said documents, plaintiff asserts an argument which was not previously raised in her motion to remand. In particular, plaintiff alleges, for the first time, that the alleged principal place of business of a non-party would destroy diversity in this matter, if the Complaint is amended to include said party as a defendant. It is respectfully submitted that the Court should not consider plaintiff's new argument "as

Honorable Richard J. Holwell
U.S. District Court
Southern District of New York
June 30, 2008
Page 2

arguments cannot be made for the first time in reply papers". See Knipe v. Skinner, 999 F.2d 708, 26 Fed.R.Serv. 3d 441 (2d Cir., 1993).

In the alternative, it is respectfully requested that defendant Target Corporation be permitted to submit a sur-reply in order to address plaintiff's new and erroneous argument. Plaintiff has incorrectly asserted that the company retained by Target, Prestige Maintenance USA, is a New York Corporation when it is a company with its principal place of business in Texas. Attached herein is a copy of the Service Agreement between Target and Prestige Maintenance USA for the court's consideration. Target believes that a sur reply would assist the Court in determining the present motion and plaintiff's newest argument.

Thank you for the opportunity to address the court in connection with this matter.

Very truly yours,

/s/Marvin N. Romero

Marvin N. Romero

Attachment
MNR:

crt ltr 02-request sur reply-ecf

*[Handwritten note: Defendant may file a sur-reply by 7/16/08. SO ORDERED. [signature] US DJ 7/14/08]*