**CERTIFICATE OF SERVICE**

RE:    **THELMA FELIPE v. TARGET CORPORATION and KINGSBRIDGE ASSOCIATES, LLC**
       **CIVIL ACTION NO.: 08 CIV 4317 (JH) (MP)**
       J. Holwell/M. Pitman

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NASSAU     )

I, **MARGARET M. ROSE**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **SUR REPLY** was made on July 16, 2008 by:

❑   Mail service: Regular first class United States mail, postage fully pre-paid, addressed to:

   MICHAEL J. ASTA, ESQ.
   ASTA & ASSOCIATES, P.C.
   Attorneys for Plaintiff
   **Office & P.O. Address:**
   450 Seventh Avenue, Suite 2205
   New York, New York 10123
   (212) 244-6555

   Paul Carney, Esq.
   Lester Schwab Katz & Dwyer
   Attorneys for Defendant
   Kingsbridge Associates, LLC
   **Office & P.O. Address:**
   120 Broadway
   New York, New York 10271

Under penalty of perjury, I declare that the foregoing is true and correct.

                                                /s/Margaret M. Rose
                                                **MARGARET M. ROSE**

Sworn to before me this
16th day of July, 2008.


/s/Kathleen M. Casolaro Exp. 11/15/09
**NOTARY PUBLIC No.** 01CA6033249 Nassau County


SIMMONS, JANNACE & STAGG, L.L.P.
75 Jackson Avenue
Syosset, New York 11791-3139
(516) 357-8100