<u>**CERTIFICATE OF SERVICE**</u>

RE:       **THELMA FELIPE v. TARGET CORPORATION and KINGSBRIDGE ASSOCIATES, LLC**
<u>               **CIVIL ACTION NO.:** 08 CIV 4317 (JH) (MP)
               J. Holwell/M. Pitman</u>

STATE OF NEW YORK   )
                            : ss.:
COUNTY OF NASSAU    )

    I, **MARGARET M. ROSE**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **MEMORANDUM OF LAW IN SUR REPLY TO PLAINTIFF'S MOTION FOR A REMAND** was made on July 16, 2008 by:

❑    Mail service: Regular first class United States mail, postage fully pre-paid, addressed to:

    MICHAEL J. ASTA, ESQ.
    ASTA & ASSOCIATES, P.C.
    Attorneys for Plaintiff
    **Office & P.O. Address:**
    450 Seventh Avenue, Suite 2205
    New York, New York 10123
    (212) 244-6555

    Paul Carney, Esq.
    Lester Schwab Katz & Dwyer
    Attorneys for Defendant
    Kingsbridge Associates, LLC
    **Office & P.O. Address:**
    120 Broadway
    New York, New York 10271

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/Margaret M. Rose
**MARGARET M. ROSE**

Sworn to before me this
16th day of July, 2008.


/s/Kathleen M. Casolaro Exp. 11/15/09
**NOTARY PUBLIC No.** 01CA6033249 Nassau County


SIMMONS, JANNACE & STAGG, L.L.P.
75 Jackson Avenue
Syosset, New York 11791-3139
(516) 357-8100