## SIMMONS, JANNACE & STAGG, L.L.P.

KEVIN P. SIMMONS
STEVEN D. JANNACE
THOMAS E. STAGG*◊
DEBRA LYNNE WABNIK*
DANIEL P. GREGORY*
ANDREW KAZIN
SAL F. DELUCAΔ

JASON W. CREECH
JACQUELINE DELLA CHIESA
GEORGE C. FONTANA
STEPHEN C. GIAMETTAΔ
MICHAEL D. KERNΔ
ALLISON C. LEIBOWITZ
ADAM M. LEVY
HALEY E. OLAMΔ
COREY J. PUGLIESE
MARVIN N. ROMERO*
MICHELLE E. TARSON*

ATTORNEYS AT LAW
75 JACKSON AVENUE
SYOSSET, NEW YORK 11791-3139
(516) 357-8100
FAX (516) 357-8111

381 BROADWAY, SUITE 300
WESTWOOD, NEW JERSEY 07675

700 CANAL STREET
STAMFORD, CONNECTICUT 06902

COUNSEL

SUSAN B. JANNACE
ROSS M. CHINITZΔ
KRISTEN RENZULLI*

*ALSO ADMITTED NJ
ΔALSO ADMITTED CT
◊ALSO ADMITTED DC

July 25, 2008

**VIA ECF**

Honorable Richard J. Holwell
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York  10007-1312

    Re:  Thelma Felipe v. Target Corporation and
          Kingsbridge Associates, LLC
          Civil Action No.:  08 CIV 4317(JH)(MP)
          J. Holwell
          M. Pitman
          Our File No.:  TAR 5558

Dear Honorable Judge Holwell:

      As your Honor is aware, this office represents defendant Target Corporation in regards to the above-referenced matter.

      Pursuant to your Honor's request, defendant respectfully submits the attached Bargain and Sale Deeds for the property located at 40 W. 225th Street, Bronx, New York (Block 3245, Lot 51) and an adjacent property located at 50 W. 225th Street, New York, New York (Block 2215, Lot 700). As your Honor is aware, plaintiff alleges that her accident occurred on September 7, 2007 at the Target store located at 40 W. 225th Street, Bronx, New York. As the attached documents establish, Target

Honorable Richard J. Holwell
U.S. District Court
Southern District of New York
July 25, 2008
Page 2

Corporation obtained ownership of the above-referenced properties February 5, 2002.

In light of the above, it is clear that Kingsbridge Associates, LLC is not the owner of the subject Target store or the property it is situated on and therefore is not a proper party to this action. As a result of the above, it is respectfully submitted that plaintiff's inclusion of Kingsbridge Associates, LLC in this action was solely done in an effort to destroy diversity.

As Kingsbridge Associates, LLC is not the owner of the property and had no maintenance responsibilities over the interior of the Target store, it is respectfully submitted that Kingsbridge Associates, LLC is a nominal party whose citizenship should be disregarded for purposes of diversity jurisdiction. See *Vets North, Inc. v. Libutti,* 2003 WL 21542554, at *5 (E.D.N.Y. April 21, 2003) (Non-diverse parties determined to be fraudulently joined are deemed "nominal parties" and disregarded for purposes of establishing diversity jurisdiction). Thus diversity of jurisdiction exists in this matter and removal was proper.

As a result of the foregoing, it is respectfully submitted that plaintiff's motion be denied in its entirety and that defendant be granted such other relief as the Court may deem just and proper.

                                        Respectfully submitted,

                                        /s/Kevin P. Simmons

MNR:mmr                             Kevin P. Simmons (ks 7818)
Attachment

crt ltr 03-attach deeds-ecf

REEL ? ? ? ? ? ? 4 3 ?

# CITY REGISTER RECORDING AND ENDORSEMENT PAGE

COUNTY OF ▶ _BRONX_

THIS PAGE FORMS PART OF THE INSTRUMENT

TOTAL NUMBER OF PAGES IN DOCUMENT INCLUDING THIS PAGE ▶ **8**

| Block ▼ | Lots - ONLY IF ENTIRE LOT ▼ | Partial Lots ▼ |
|---|---|---|
| 3245 | 51 | P/O |

Premises ▼ _40 W 225th ST._

Title/Agent Company Name ▼ _FIRST AMERICAN TITLE INS CO._

Title Company Number ▼ _NY00005147 NY NY_

**RECORD & RETURN TO:**
NAME ▼ _TARGET CORPORATION_
ADDRESS ▼ _ATT ROBERT L. NYS, ESQ._
_1000 NICOLLET MALL TPN-12E_
CITY ▼ _MINNEAPOLIS_  STATE ▼ _MN_  ZIP ▼ _55403_

NAME & ADDRESS
PARTY 1 ▶ _THE NEW YORK AND PRESBYTERIAN HOSPITAL_
ADDITIONAL PARTY 1 ▶ _622 W 168th ST. NY NY 10032_
PARTY 2 ▶ _TARGET CORPORATION_
ADDITIONAL PARTY 2 ▶ _1000 NICOLLET MALL TPN-12E, MINNEAPOLIS, MN 55403_

CHECK THIS BOX IF THERE ARE MORE THAN 2 OF EITHER PARTY .... ☐

**CITY REGISTER'S USE ONLY — DO NOT WRITE BELOW THIS LINE**

Examined by (✍): _[signature]_

Mtge Tax Serial No. __
Mtge Amount __ $
Taxable Amount __ $
Exemption (✓) __ YES ☐  NO ☐
Type: [339EE]  [255]  [OTHER____]
Dwelling Type: [1 to 2]  [3]  [4 to 6]  [OVER 6]

**TAX RECEIVED ON ABOVE MORTGAGE ▼**

County (basic) __ $
City (Addt'l) __ $
Spec Addt'l __ $
TASF __ $
MTA __ $
NYCTA __ $
**TOTAL TAX** __ $
Apportionment Mortgage (✓) YES ☐ NO ☐

City Register Serial Number ▶ _24765_
Indexed By (✍): _PC_   Verified By (✍): _[signature]_
Block(s) and Lot(s) verified by (✓):
Address ☑ NO   Tax Map ☐
Extra Block(s) __ Lot(s) __
Recording Fee __ A  $ _72_
Affidavit Fee __ (C) __ $
RPTT Fee __ (R) __ $ _25_
HPD-A ☑   HPD-C ☐

New York State Real Estate Transfer Tax ▼
$ _0_
Serial Number ▶ _007509_

New York City Real Property Transfer Tax Serial Number ▶ _004364_

RECORDED IN THE OFFICE OF THE CITY REGISTER
OF THE CITY OF NEW YORK

2002 JUL 22 P 12:35

_[signature]_

CRGFM89N.BPG 04/00

45-H-002

REEL 2678 1434

# BARGAIN AND SALE DEED
## (With Covenant Against Grantor's Acts)

THIS INDENTURE, made as of the 5th day of February, 2002

> The New York and Presbyterian Hospital (as successor, by merger, to The Presbyterian Hospital in the City of New York), a New York not-for-profit corporation, having an address at 622 West 168th Street, New York, New York 10032

party of the first part, and

> Target Corporation, a Minnesota corporation, having an office at 1000 Nicollet Mall TPN-12E, Minneapolis, MN 55403

party of the second part

**WITNESSETH**, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, situate, lying and being partly in Bronx County and partly in New York County, City of New York, State of New York, as more fully described in Schedule A annexed hereto.

> Said premises known as and by the street number 40 West 225th Street, Bronx, New York (Block 3245, Lot 51) and 50 West 225th Street, New York, New York (Block: 2215, Lot 700).

> Being the same premises conveyed by deed dated as of March 27, 1985 and recorded April 2, 1985 in Reel 893 Page 31 and re-recorded on August 12, 1995 in Reel 948 Page 1296 in the New York City Register's office, New York County with a duplicate of said deed also recorded in the New York City Register's office, Bronx County on April 3, 1985 in Reel 587, Page 26.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above-described premises to the center lines thereof;

0213600.03

1

Prem: 40 West 225th Street

TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises;

TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed as of the day and year first above written.

THE NEW YORK AND PRESBYTERIAN HOSPITAL

By: _____
Name: Frank J. Horan
Title: Vice President

0213600.03                                2

REEL 2578 1431

State of New York    )
                     ) ss.:
County of New York   )

    On the 5th day of February 2002, before me, personally appeared Frank J. Horan, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that (he/she/they) executed the same in (her/his/their) capacity, and that by (her/his/their) signature on this instrument, the individual(s), or person(s) upon behalf of which the individual(s) acted, executed the instrument.

                                                                    _____
                                                                      Notary Public

                                            TIMOTHY P. WHELAN
                                 NOTARY PUBLIC, State of New York
                                     No. 02WH5084562
                                   Qualified in Nassau County
                              Commission Expires September 8, 2005

REEL 2026 PG 11

**BARGAIN AND SALE DEED**

With Covenant Against Grantor's Acts

---

The New York and Presbyterian Hospital

to

Target Corporation

---

| | | | |
|---|---|---|---|
| Block: | 2215 | Block: | 3245 |
| Lot: | 700 | Lot: | 51 |
| County: | New York | County: | Bronx |

---

Record and Return to:

0213600.03

T-
Riverside, NY

# CITY REGISTER RECORDING AND ENDORSEMENT PAGE (6)

**COUNTY OF** ▶ NEW YORK

THIS PAGE FORMS PART OF THE INSTRUMENT

TOTAL NUMBER OF PAGES IN DOCUMENT INCLUDING THIS PAGE ▶ 8

| Block ▼ | Lots - ONLY IF ENTIRE LOT ▼ | Partial Lots ▼ |
|---|---|---|
| 2215 | 700 | P/O |

Premises ▼: 50 W 22ST ST.

Title/Agent Company Name ▼: FIRST AMERICAN TITLE INS Co.
Title Company Number ▼: NY 0000 5147 NY NY

**RECORD & RETURN TO:**
NAME ▼: TARGET CORPORATION
ADDRESS ▼: ATT. ROBERT L. NYS, ESQ.
1000 NICOLLET MALL TPN-12E
CITY ▼: MINNEAPOLIS    STATE ▼: MN    ZIP ▼: 55403

PARTY 1 ▶: THE NEW YORK AND PRESBYTERIAN HOSPITAL
ADDITIONAL PARTY 1 ▶: 622 W 168th ST. NY NY 10032
PARTY 2 ▶: TARGET CORPORATION
ADDITIONAL PARTY 2 ▶: 1000 NICOLLET MALL TPN - 12E MINNEAPOLIS MN 55403

CHECK THIS BOX IF THERE ARE MORE THAN 2 OF EITHER PARTY ☐

**CITY REGISTER'S USE ONLY — DO NOT WRITE BELOW THIS LINE**

Examined by (△): MY
Mtge Tax Serial No.:
Mtge Amount: $
Taxable Amount: $
Exemption (✓): YES ☐  NO ☐
Type: 339EE  [255]  [OTHER____]
Dwelling Type: [1 to 2] [3] [4 to 6] [OVER 6]

TAX RECEIVED ON ABOVE MORTGAGE ▼
County (basic): $
City (Add'l): $
Spec Add'l: $
TASF: $
MTA: $
NYCTA: $
TOTAL TAX: $
Apportionment Mortgage (✓) YES ☐ NO ☐

City Register Serial Number ▶ 01462
Indexed By (△): UC
Verified By (△): JMB
Block(s) and Lot(s) verified by (✓): MY
Address ☑  Tax Map ☐
Extra Block(s) ____ Lot(s) ____

Recording Fee  A  $ 57
Affidavit Fee (C) $
RPTT Fee (R) $ 25
HPD-A ☑  HPD-C ☐

New York State Real Estate Transfer Tax ▼
$ 62800
Serial Number ▶

New York City Real Property Transfer Tax Serial Number ▶ D 1812

RECORDED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK

2002 MAR

CRGFM89N.BPG 04/00

45-H-002

## BARGAIN AND SALE DEED
(With Covenant Against Grantor's Acts)

THIS INDENTURE, made as of the 5th day of February, 2002

> The New York and Presbyterian Hospital (as successor, by merger, to The Presbyterian Hospital in the City of New York), a New York not-for-profit corporation, having an address at 622 West 168th Street, New York, New York 10032

party of the first part, and

> Target Corporation, a Minnesota corporation, having an office at 1000 Nicollet Mall TPN-12E, Minneapolis, MN 55403

party of the second part

**WITNESSETH**, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, situate, lying and being partly in Bronx County and partly in New York County, City of New York, State of New York, as more fully described in Schedule A annexed hereto.

> Said premises known as and by the street number 40 West 225th Street, Bronx, New York (Block 3245, Lot 51) and 50 West 225th Street, New York, New York (Block: 2215, Lot 700).

> Being the same premises conveyed by deed dated as of March 27, 1985 and recorded April 2, 1985 in Reel 893 Page 31 and re-recorded on August 12, 1995 in Reel 948 Page 1296 in the New York City Register's office, New York County with a duplicate of said deed also recorded in the New York City Register's office, Bronx County on April 3, 1985 in Reel 587, Page 26.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above-described premises to the center lines thereof;

0213600.03                          1

Prem: 50 W. 225th ST.

TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises;

TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed as of the day and year first above written.

THE NEW YORK AND PRESBYTERIAN HOSPITAL

By: _____
(Name: Frank J. Horan
Title: Vice President

State of New York    )
                     ) ss.:
County of New York   )

On the __5th__ day of __February__ 2002, before me , personally appeared __Frank J. Holan__ , personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that (he/she/they) executed the same in (her/his/their) capacity, and that by (her/his/their) signature on this instrument, the individual(s), or person(s) upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

TIMOTHY P. WHELAN
NOTARY PUBLIC, State of New York
No. 02WH5084562
Qualified in Nassau County
Commission Expires September 8, 2005



# First American Title Insurance Company of New York

Title No. NY-00005147-NYNY

## SCHEDULE "A"

ALL that certain plot, piece or parcel of land, situate, lying and being partly in the Borough of Bronx, and partly in the Borough of Manhattan, County of New York, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of West 225th Street, distant 395.03 feet easterly from the corner formed by the intersection of the said southerly side of West 225th Street with the easterly side of Broadway (as widened on 8/5/1960);

RUNNING THENCE southerly at right angles to said southerly side of West 225th Street, 120 feet;

THENCE westerly at right angles to the last course, 71.03 feet;

THENCE southerly at right angles to the last course, 66.20 feet;

THENCE in a southeasterly direction along a line which forms an angle of 107 degrees 56 minutes 10 seconds on its northerly side with the last course, 485.18 feet;

THENCE continuing in a southeasterly direction along a line which forms an angle of 194 degrees 13 minutes 11 seconds on its easterly side with the last course, 172.02 feet;

THENCE easterly along a line which forms an angle of 122 degrees 53 minutes 36 seconds on its northerly side with the last course, 202.24 feet;

THENCE northerly at right angles to the last course, 24.19 feet;

THENCE easterly at right angles to the last course, 55 feet to the easterly side of Exterior Street (now closed and discontinued);

THENCE northerly at right angles to the last course and along said easterly side of Exterior Street (now closed and discontinued) 598.51 feet to a point of tangency;

**Continued.....**



# First American Title Insurance Company of New York

Title No. NY-00005147-NYNY

## SCHEDULE "A" CONTINUED

THENCE continuing northerly along said easterly line of Exterior Street (now closed and discontinued), on a line curving to the left having a radius of 3975 feet, 35.68 feet to the southerly side of West Kingsbridge Road;

THENCE westerly along the said southerly side of West Kingsbridge Road and along the said southerly side of West 225th Street, 326.43 feet;

THENCE southerly along a line which forms an angle of 90 degrees 20 minutes 30 seconds on its westerly side with the said southerly side of West 225th Street, 42.50 feet;

THENCE continuing southerly along a line which forms an angle of 165 degrees 31 minutes 30 seconds on its westerly side with the last course, 17.50 feet;

THENCE in a southwesterly direction along a line which forms an angle of 159 degrees 54 minutes 54 seconds on its westerly side with the last course, 73.20 feet to a point, in a line 120 feet south of and parallel with the southerly side of West 225th Street;

THENCE westerly along a line which forms an angle of 124 degrees 13 minutes 06 seconds on its northerly side with the last course and parallel with said southerly side of West 225th Street, 198.52 feet;

THENCE in a northeasterly direction along a line which forms an angle of 59 degrees 46 minutes 02 seconds on its easterly side with the last course, 138.89 feet to the said southerly side of West 225th Street; and

THENCE westerly along said southerly side of West 225th Street, 65 feet to the point or place of BEGINNING.

TOGETHER with the benefit of the Grant of Easement (for purposes of emergency egress only) recorded in Liber 4867 Cp. 361 (New York County) and Liber 2056 Cp. 167 (Bronx County), and subject to the provisions of said agreement.

Together with the benefits and subject to the burdens of (i) the Additional Parcel Easement (Pre-development Easement) (ii) reciprocal Access and Parking Easements (iii) Utility Easements (iv) Surface Water Easements (v) reciprocal Easements for Construction, Maintenance and Reconstruction and (vi) reciprocal Sign Easements as each is limited and defined in the Operation and Easement Agreement made by and between Target Corporation and Kingsbridge Associates, LLC dated 2/ /02 and being duly submitted for recording with the office of the Register, New York County and the office of the Register, Bronx County.

# First American Title Insurance Company of New York

THE policy to be issued under this report will insure the title to such buildings and improvements erected on the premises which by law constitute real property.

FOR CONVEYANCING ONLY: TOGETHER with all the right, title and interest of the party of the first part, of in and to the land lying in the street in front of and adjoining said premises.