LAW OFFICES OF
# ASTA & ASSOCIATES, P.C.
450 SEVENTH AVENUE, SUITE 2205
NEW YORK, N.Y. 10123

TELEPHONE: (212) 244-6555
FACSIMILE: (212) 244-4757

www.astalaw.com
email: astalaw@aol.com

NEW JERSEY
744 BROAD STREET, 16TH FL
NEWARK, N.J. 07102
TEL: (973) 735-0549
FAX: (973) 735-0558

July 25, 2008

**By Hand**
Hon. Richard J. Holwell, U.S.D.J.
U.S. District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    Felipe v. Target Corp. and Kingsbridge Associates LLC
            Case No. 1:08-cv-4317
            Motion to remand

Dear Judge Holwell:

    Per your Honor's directive at the oral argument of the plaintiff's motion to remand, we are providing you with the documentation regarding the ownership of the property where the plaintiff's accident occurred. Enclosed is the following:

    1. New York City Department of Finance, Office of the City Register property information indicates that on December 12, 2002 the Target Corporation deeded the ownership of the property in question, Block 3245 Lot 51, 40 W. 225th St. Bronx, N.Y. to Kingsbridge Associates LLC. Since that time Kingsbridge has entered into several transactions pertaining to the property, including mortgages with North Fork Bank and Citigroup Global Markets.

    2. A search of the New York City Department of Finance, Office of the City Register by Party Name indicates that Target Corporation does not own any property in Bronx County. There some registered agreements pertaining to a Bronx property on River Avenue, not the accident location in this case. Another search on www.PropertyShark.com for Target Corporation indicates that the only property owned by Target is a commercial condominium in Queens County.

    The Operation and Easement Agreement between Target and Kingsbridge Associates contains many provisions about maintenance and repair of the accident

location. Discovery will reveal the extent of the responsibility between the two parties. However, with respect to the issue of diversity jurisdiction before this court, there is simply no diversity of jurisdiction in this case. The plaintiff and the defendant Kingsbridge are both New York residents. Furthermore, as we assert in our motion, with 59 stores and a distribution center in New York, along with hundreds if not thousands of employees who are New York State residents, it is hard to fathom how Target Corporation can claim to suffer "local prejudice" in a New York State Court.

    Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Michael J. Asta

Cc:    Sal F. DeLuca, Esq.
MJA/mg

**New York City Department of Finance**
**Office of the City Register**

HELP
[Click help for additional instructions]
Selecting a help option will open new window

# Detailed Document Information

| | |
|---|---|
| DOCUMENT ID: FT_2830008951483 | CRFN: N/A |
| # of PAGES: 5 | REEL-PAGE: 2103-118 |
| DOC. TYPE: DEED | FILE NUMBER: N/A |
| DOC. DATE: 12/12/2002 | RECORDED / FILED: 12/31/2002 |
| | BOROUGH: BRONX |
| DOC. AMOUNT: $0.00 | RPTT #: 08614 |
| MESSAGE: N/A | |

### PARTY 1

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | S |
|---|---|---|---|---|
| TARGET CORPORATION | 1000 NICOLLET MALL TPN-12E | | MINNEAPOLIS | |

### PARTY 2

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | S |
|---|---|---|---|---|
| KINGSBRIDGE ASSOCIATES | 99 POWERHOUSE ROAD | | ROSLYN HEIGHTS | |

### PARTY 3/Other

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | S |
|---|---|---|---|---|
| | | | | |

### PARCELS

| BOROUGH | BLOCK | LOT | PARTIAL | PROPERTY TYPE | EASEMENT | AIR RIGHTS | SUBTERRANEAN RIGHTS | PROPERTY ADDRESS |
|---|---|---|---|---|---|---|---|---|

| BRONX | 3245 | 51 | ENTIRE LOT | PRE-ACRIS | N | N | N |

**REFERENCES**

| CRFN | DOCUMENT ID | BOROUGH | YEAR | REEL | PAGE | FILE NBR |
|------|-------------|---------|------|------|------|----------|
|      |             |         |      |      |      |          |

**REMARKS**

Print    View Document    Search Results

Go To: Finance Home Page | NYC.gov Home Page | Contact NYC.gov | FAQs | Privacy Sta

http://a836-acris.nyc.gov/Scripts/DocS...

**New York City Department of Finance**
**Office of the City Register**

HELP
[Click help for additional instructions]
Selecting a help option will open new window

**Current Search Criteria:**

Borough: BR
Block: 3245
Lot: 51
Date Range:
Current Date
Document Class: All
Document Cla

# Search Results By Parcel Identifier

Records 11 - 20 << previous    next >>    Max Rows 10    [Search Options] [New BBL Search] [Edit Cu
[Print Index]

| View | Reel/Pg/File | CRFN | Lot | Partial | Recorded / Filed | Document Type | Pages | Party1 | Party2 | Party 3/ Other | More Party 1/2 Names |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DET IMG | | 2004000570833 | 51 | PARTIAL LOT | 9/14/2004 12:29:30 PM | ASSIGNMENT, MORTGAGE | 7 | NORTH FORK BANK | CITIGROUP GLOBAL MARKETS REALTY CORP. | | |
| DET IMG | | 2004000558559 | 51 | PARTIAL LOT | 9/8/2004 12:29:48 PM | UCC3 TERMINATION | 3 | KINGSBRIDGE ASSOCIATES, LLC | NORTH FORK BANK | | |
| DET IMG | | 2004000550075 | 51 | PARTIAL LOT | 9/2/2004 12:39:44 PM | INITIAL UCC1 | 11 | KINGSBRIDGE ASSOCIATES, LLC | CITIGROUP GLOBAL MARKETS REALTY CORP. | | |
| DET IMG | | 2004000428488 | 51 | ENTIRE LOT | 7/9/2004 12:40:34 PM | EASEMENT | 11 | TARGET CORPORATION | KINGSBRIDGE ASSOCIATES, LLC | | |
| DET IMG | | 2004000357811 | 51 | PARTIAL LOT | 6/16/2004 8:34:18 AM | SUBORDINATION OF MORTGAGE | 14 | NORTH FORK BANK | MARSHALLS OF MA, INC | ✓ | |
| DET IMG | | 2004000357810 | 51 | PARTIAL LOT | 6/16/2004 8:34:17 AM | MEMORANDUM OF LEASE | 13 | KINGSBRIDGE ASSOCIATES, LLC | MARSHALLS OF MA, INC | | |
| DET IMG | | 2004000357809 | 51 | PARTIAL LOT | 6/16/2004 8:34:16 AM | ASSIGNMENT OF LEASES AND RENTS | 19 | NORTH FORK BANK | KINGSBRIDGE ASSOCIATES, LLC | | |
| DET IMG | | 2004000357808 | 51 | PARTIAL LOT | 6/16/2004 8:34:15 AM | MORTGAGE | 47 | KINGSBRIDGE ASSOCIATES, LLC | NORTH FORK BANK | | |
| DET IMG | | 2004000357807 | 51 | PARTIAL LOT | 6/16/2004 8:34:14 AM | MORTGAGE | 46 | KINGSBRIDGE ASSOCIATES, LLC | NORTH FORK BANK | | |
| DET IMG | | 2004000357806 | 51 | PARTIAL LOT | 6/16/2004 8:34:13 AM | AGREEMENT | 53 | NORTH FORK BANK | KINGSBRIDGE ASSOCIATES, LLC | | |

[Search Options]    [New Parcel Identifier Search]    [Edit Current Search]

**New York City Department of Finance**
**Office of the City Register**

HELP
[Click help for additional instructions]
Selecting a help option will open new window

**Current Search Criteria:**

**Name:** TARGET CORPORATION
**Date:** To Current Date
**Party Type:** All Parties
**Borough/County:** All Boroughs/Counties
**Document Class:** All Document Classes

## Search Results By Party Name

Records 1 - 10 << previous   next >>    Max Rows 10    [Search Options] [New NameSearch] [Edit CurrentSearch]    [Print Index]

| View | Party Type/Other | Party Name | Borough | Block | Lot | Reel/Pg/File | CRFN | Partial | Recorded/Filed | Document Type | Pages | Correc Rema |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DET IMG | 2 | TARGET CORPORATION | BRONX | 2356 | 20 | | 2008000095556 | ENTIRE LOT | 3/7/2008 4:25:24 PM | AGREEMENT | 9 | |
| DET IMG | 2 | TARGET CORPORATION | BRONX | 2357 | 1 | | 2008000095556 | ENTIRE LOT | 3/7/2008 4:25:24 PM | AGREEMENT | 9 | |
| DET IMG | 2 | TARGET CORPORATION | BRONX | 2357 | 86 | | 2008000095556 | ENTIRE LOT | 3/7/2008 4:25:24 PM | AGREEMENT | 9 | |
| DET IMG | 2 | TARGET CORPORATION | BRONX | 2539 | 60 | | 2008000095556 | ENTIRE LOT | 3/7/2008 4:25:24 PM | AGREEMENT | 9 | |
| DET IMG | 2 | TARGET CORPORATION | BRONX | 2539 | 32 | | 2008000095556 | ENTIRE LOT | 3/7/2008 4:25:24 PM | AGREEMENT | 9 | |
| DET IMG | 1 | TARGET CORPORATION | MANHATTAN | 1715 | 22 | | 2008000063010 | ENTIRE LOT | 2/14/2008 11:59:10 AM | CONSENT | 18 | |
| DET IMG | 1 | TARGET CORPORATION | MANHATTAN | 1716 | 19 | | 2008000063010 | ENTIRE LOT | 2/14/2008 11:59:10 AM | CONSENT | 18 | |
| DET IMG | 1 | TARGET CORPORATION | MANHATTAN | 1815 | 23 | | 2008000063010 | ENTIRE LOT | 2/14/2008 11:59:10 AM | CONSENT | 18 | |
| DET IMG | 1 | TARGET CORPORATION | MANHATTAN | 1815 | 31 | | 2008000063010 | ENTIRE LOT | 2/14/2008 11:59:10 AM | CONSENT | 18 | |
| DET IMG | 1 | TARGET CORPORATION | MANHATTAN | 1715 | 22 | | 2008000045084 | ENTIRE LOT | 2/1/2008 11:30:26 AM | CONSENT | 18 | |

*(Handwritten annotation next to the first five Bronx entries: "River Ave. property")*

[Search Options]    [New Name Search]    [Edit Current Search]

Go To: Finance Home Page | NYC.gov Home Page | Contact NYC.gov | FAQs | Privacy Statement | Site Map

## Property Owned by 'Target Corporation'

| Address (*) | Owner | Building Class | Size | Floors | Sq Ft |
|---|---|---|---|---|---|
| 8815 Queens Blvd | Target Corporation | R5: Commercial condo | 380 x 380 | 5 | 548876 |

(*) **Link to the Report** page if the address is unavailable

If you just can't find the address, click here.